

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00013-CV

Judy **FREEMAN**,
Appellant

v.

Kundu **JOHNSON**, individually and as Independent Administrator of the Estate of James Phillip Johnson, deceased,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-13953
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

We ORDER all costs of this appeal assessed against appellant, Judy Freeman.

SIGNED July 21, 2021.

_____
Luz Elena D. Chapa, Justice